# United States Court of Appeals
## For the First Circuit

No. 20-1527

SANG CHEOL WOO,

Plaintiff, Appellant,

v.

CHARLES C. SPACKMAN,

Defendant,

SO-HEE KIM,

Movant, Appellee.

**JUDGMENT**

Entered: February 12, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order of dismissal for want of subject-matter jurisdiction and its denial of Sang Cheol Woo's motion for reconsideration are both affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Darryl Stein, John Han, Douglas Scott Brooks, Joseph B. Hernandez